James E. Cecchi
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068

*Counsel for Plaintiffs and proposed Counsel for the putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRMA ARMOUR, CHRISTY BARNETT, STEVEN BORDEN, KRESO BUJAS, VALERIA CALDWELL, REEN CHAI, GINGER COWAN, DELION CUMMINGS, MATTHEW T. DUGAN, EDWINA FRAME, BARBARA GARDINER, LAURIE GILMER, NOAH GORDON, EILEEN GRADY, KATHY L. GREER, CARL HAGLUND, GAIL HAYDEN, SUE HOPFENSITZ, JACQUELYN JOHNSON, KATHLEEN JOHNSON, NICOLE JONES, CYNTHIA KENNEDY, CHAWNTAIN KERMEN, TIM KIVLIN, JESSIE LYNCH, TRENTON MAUK, MARVIN MCANDERSON, KERRY MCLAREN, CHARLEY MILLS, MARCIAL NANEZ, RICHARD NELSON, STEPHANIE NOEL, DAVID RAINTON, JOAN ROWTON, PAULINE SARACENI, MARIELA E. SHAW, NANETTE SOMMERS, TARA SPITTEL, CHRIS STOVALL, BERT TAVARY, STEVEN THOMAS, CHRISTINA THI TRAN, CHARLES VANKIRK, PATRICIA VEGA, SCOTT D. WARD, JEFFREY S. WEIK, and AMY WEISBERG, Individually And On Behalf Of All Others Similarly Situated,<br><br>                Plaintiffs,<br>vs.<br><br>LG ELECTRONICS U.S.A., INC.,<br><br>                Defendant. | Civil Action No. 2:24-cv-10387(SDW)(JSA) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Irma Armour and Kathy L. Greer, by and through undersigned counsel, voluntary dismiss their individual claims against Defendant. Defendants have not "serve[d] either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal is thus "without prejudice." *Id.* 41(a)(1)(B).

Dated: January 3, 2025

Respectfully submitted,

 /s/ James E. Cecchi
James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

Azar Mouzari (*pro hac vice*)
Nilofar Nouri (*pro hac vice*)
**BEVERLY HILLS TRIAL ATTORNEYS, P.C.**
468 N. Camden Drive, Suite 238
Beverly Hills, California 90210
(310) 858-5567
azar@bhtrialattorneys.com
nilofar@bhtrialattorneys.com

*Counsel for Plaintiffs and proposed Counsel for the putative Class*

SO ORDERED.

/s/ Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: January 6, 2025