October 17, 2025

By ECF
Hon. Jessica S. Allen, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Armour v. LG Electronics U.S.A., Inc.*, Case No. 2:24-cv-10387 (SDW)(JSA)

Dear Judge Allen:

The undersigned, along with their co-counsel, represent the parties in this case. Pursuant to this Court's October 15, 2025 Order (ECF No. 37), the parties respectfully submit this joint letter. The parties have continued to negotiate and confer regarding a potential settlement. As these discussions are ongoing, the parties respectfully request two weeks to file a letter setting forth their preferred plan(s) for the next steps in this action for the Court's consideration.*

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
Counsel for Plaintiffs

/s/ *Allison M. Wuertz*
Allison M. Wuertz (N.J. ID No. 041862011)
Phoebe A. Wilkinson (*Pro Hac Vice*)
Samuel L. Zimmerman (*Pro Hac Vice*)
HOGAN LOVELLS US LLP
Counsel for Defendant LG Electronics U.S.A., Inc.

cc:    All Counsel of Record

*If the parties do not report by 11/3/25 that they have reached a resolution of this case, the Court will conduct a Telephone Status Conference on 11/10/25 at 1:00 p.m. So ordered.

s/Jessica S. Allen
Hon. Jessica S. Allen
United States Magistrate Judge

Dated: October 20, 2025